| | |
|---|---|
| 1 | DICKINSON WRIGHT PLLC |
| 2 | RASIKA A. KULKARNI, Cal. Bar No. 321344<br>2600 W. Big Beaver Road, Suite 300<br>Troy, Michigan 48084 |
| 3 | Telephone: (248) 433-7200<br>E-mail: |
| 4 | |
| 5 | DICKINSON WRIGHT PLLC<br>Robert L. Avers (P75396), *to be admitted pro hac vice* |
| 6 | Mark V. Heusel (P47528), *to be admitted pro hac vice*<br>350 S. Main St., Ste. 300 |
| 7 | Ann Arbor, MI 48104<br>Telephone: (734) 623-7075 |
| 8 | ravers@dickinsonwright.com<br>mheusel@dickinsonwright.com |
| 9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 10 |   A Limited Liability Partnership<br>  Including Professional Corporations |
| 11 | JACK BURNS, Cal. Bar No. 290523<br>501 West Broadway, 19th Floor |
| 12 | San Diego, California 92101-3598<br>Telephone:  619.338.6500<br>E mail |
| 13 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC., a California corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>QIANTU MOTOR (SUZHOU) LTD., a limited liability company; and DOES 1-50,<br><br>                                    Defendants. | Case No.:  19-CV-1979-W-AHG<br><br>Hon. Thomas J. Whelan<br>Court Room No. 3C<br>Hearing Date: December 23, 2019 at 10:00 a.m.<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES TO BE FILED CONTEMPORANEOUSLY**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

1  PLEASE TAKE NOTICE that on December 23, 2019 at 10:00 a.m., Qiantu Motor
2 (Suzhou) Ltd. ("Qiantu"), moves this Court under 9 U.S.C. § 206, for an order
3 compelling Plaintiff Mullen Technologies, Inc. ("Mullen") to arbitrate its claims against
4 Qiantu and staying this action pending the closure of the arbitration hearing (or other
5 similar conclusion of the arbitral proceeding).

6  Qiantu bases this Motion on this Notice of Motion and Motion to Compel
7 Arbitration, and the concurrently filed Memorandum of Points and Authorities, and upon
8 such further argument as may be presented at the time of the hearing on December 23.

10 Dated: November 15, 2019

/s/ Jack Burns
Jack Burns
**Sheppard, Mullin, Richter & Hampton LLP**
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Phone: (619) 338-6500


Rasika A. Kulkarni (321344)
**DICKINSON WRIGHT PLLC**
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
(248) 433-7200
rkulkarni@dickinsonwright.com


Robert L. Avers (P75396), *to be admitted pro hac vice*
**DICKINSON WRIGHT PLLC**
350 S. Main St., Ste. 300
Ann Arbor, MI 48104
Telephone: (734) 623-1672
ravers@dickinsonwright.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark V. Heusel (P47528), *to be admitted pro hac vice*
**DICKINSON WRIGHT PLLC**
350 S. Main St., Ste. 300
Ann Arbor, MI 48104
Telephone: (734) 623-1908
mheusel@dickinsonwright.com

*Attorneys for Defendant*