DICKINSON WRIGHT PLLC
Rasika A. Kulkarni Cal. Bar. No. 321344
Mark V. Heusel (P47528) *to be admitted pro hac vice*
Robert L. Avers (P75396) *to be admitted pro hac vice*
350 S. Main St. Ste. 300
Ann Arbor, MI 48104
Telephone: (734) 623-7075
mheusel@dickinsonwright.com
ravers@dickinsonwright.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JACK BURNS Cal Bar. No. 290523
301 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815
Email: jburns@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>QIANTU MOTOR (SUZHOU) LTD., a limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 19-CV-1979-W-AHG<br><br>Hon. Thomas J. Whelan<br>Court Room No. 3C<br>Hearing Date: Dec. 23, 2019<br><br>**DECLARATION OF MARK V. HEUSEL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

## DECLARATION OF MARK V. HEUSEL

I, Mark V. Heusel declare as follows:

1. I am an attorney with Dickinson Wright PLLC, counsel of record for Defendant Qiantu Motor (Suzhou) Ltd. ("Qiantu"). I make this declaration based on facts known by me to be true and correct. If called to testify, I could and would completely testify as follows.

2. This declaration is submitted in support of Defendant's Motion to Compel Arbitration (the "Motion").

3. Attached as **Exhibit A** to the Motion is a true and correct copy of the May 25, 2019 Agreement entered into between Mullen Technologies, Inc. ("Mullen") and Qiantu.

4. Attached as **Exhibit B** to the Motion is a true and correct copy of an email communication between Mullen, Mullen's previous counsel, Qiantu and myself dated May 29 -30, 2019.

5. Attached as **Exhibit C** to the Motion is a true and correct copy of an email communication between Mullen, Mullen's previous counsel, Qiantu and myself dated May 30, 2019.

6. Attached as **Exhibit D** to the Motion is a true and correct copy of an email communication between Mullen, Mullen's previous counsel, Qiantu and myself dated May 31-June 7, 2019.

7. Attached as **Exhibit E** to the Motion is a true and correct copy of an email communication between Mullen, Mullen's previous counsel, Qiantu and myself dated July 26-29, 2019.

8. Attached as **Exhibit F** to the Motion is a true and correct copy of an email communication between Mullen, Mullen's previous counsel, Qiantu and myself dated July 26, 2019.

9. Attached as **Exhibit G** to the Motion is a true and correct copy of an email communication between Mullen and Qiantu dated July 23, 2019.

10. Attached as **Exhibit H** to the Motion is a true and correct copy of the July 30, 2019 Agreement entered into between Mullen and Qiantu and superseding the May 25, 2019 Agreement.

11. Attached as **Exhibit I** to the Motion is a true and accurate copy of a Notice of Default sent by myself to Mullen's designated representative dated September 1, 2019.

12. Attached as **Exhibit J** to the Motion is a true and accurate copy of an email communication between Mullen, Mullen's previous counsel, Qiantu and myself dated September 1-4, 2019.

13. Attached as **Exhibit K** to the Motion is a true and accurate copy of an email communication between Mullen, Qiantu and myself dated September 11-12, 2019.

14. Attached as **Exhibit L** to the Motion is a true and accurate copy of a letter sent by Mullen's current counsel to myself dated September 20, 2019.

15. Attached as **Exhibit M** to the Motion is a true and accurate copy of a letter sent by myself to Mullen's current counsel dated September 24, 2019.

16. Attached as **Exhibit N** to the Motion is a true and accurate copy of a Notice of Default sent by myself to Mullen's designated representative dated October 2, 2019.

17. Attached as **Exhibit O** to the Motion is a true and accurate copy of a Notice of Termination sent by myself to Mullen's designated representative dated October 4, 2019.

18. Attached as **Exhibit P** to the Motion is a true and accurate copy of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards.

19. Attached as **Exhibit Q** to the Motion is a true and accurate copy of a Notice to Cease and Desist sent by myself to Mullen's current counsel and Mullen's designated representative dated November 11, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of November, 2019, in Ann Arbor, Michigan.

**[Signature on following page]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

               /s/ Mark v. Heusel
               MARK V. HEUSEL