# INDEX OF EXHIBITS

| | | |
|---|---|---|
| **Exhibit A** | May 25, 2019 version of the Exclusive Cooperation and Vehicle Assembly Agreement | P. 6 |
| **Exhibit B** | Email communication dated May 29-30, 2019 | P. 52 |
| **Exhibit C** | Email communication dated May 30, 2019 | P. 55 |
| **Exhibit D** | Email communication dated May 31-June 7, 2019 | P. 57 |
| **Exhibit E** | Email communication dated July 26-29, 2019 | P. 61 |
| **Exhibit F** | Email communication dated July 26, 2019 | P. 64 |
| **Exhibit G** | Email communication dated July 23, 2019 | P. 65 |
| **Exhibit H** | July 30, 2019 version of the Exclusive Cooperation and Vehicle Assembly Agreement | P. 67 |
| **Exhibit I** | Notice of Default dated September 1, 2019 | P. 118 |
| **Exhibit J** | Email communication dated September 1-4, 2019 | P. 120 |
| **Exhibit K** | Email communication dated September 11-12, 2019 | P. 123 |
| **Exhibit L** | Letter from Mullen's counsel dated September 20, 2019 | P. 126 |
| **Exhibit M** | Letter sent to Mullen's counsel dated September 24, 2019 | P. 128 |
| **Exhibit N** | Notice of Default dated October 2, 2019 | P. 131 |
| **Exhibit O** | Notice of Termination dated October 4, 2019 | P. 133 |
| **Exhibit P** | Convention on the Recognition and Enforcement of Foreign Arbitral Awards. | P. 135 |
| **Exhibit Q** | Notice to Cease and Desist dated November 11, 2019 | P. 161 |