```
William L. Miltner, Esq. SBN 139097
Walter E. Menck, SBN 153026
MILTNER & MENCK, APC
ATTORNEYS AT LAW
Emerald Plaza
402 West Broadway, Suite 800
San Diego, California 92101
Telephone (619) 615-5333
Telefax (619) 615-5334
```

Attorneys for Plaintiff MULLEN TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>QIANTU MOTOR (SUZHOU) LTD., a limited liability company; and DOES 1-50,<br><br>Defendants. | **Case No.: 19-CV-1979-W-AHG**<br><br>Hon. Thomas J. Whelan<br>Court Room No. 3C<br>Hearing Date: December 23, 2019 at 10:00 a.m.<br><br>**PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

Plaintiff is willing to stay the instant proceedings and arbitrate the underlying dispute. However, Plaintiff contests the Singapore venue clause as proceedings in Singapore would be oppressive and vexatious to both parties given that neither is a Singapore entity. Further, as the contract was to be performed in California and the arbitration provision states the controlling law for resolution of any disputes shall be California, it would follow that the venue for arbitration should also be California.

Should Plaintiff be forced to arbitrate in Singapore, it would cause it substantial inconvenience and hardship as it would be forced to transport witnesses and to incur the expense and risk of seeking redress in a distant and foreign forum.

Though Plaintiff's counsel attempted to raise these concerns with Defendant's counsel today in an attempt to meet and confer without the need for this Motion to continue, Plaintiff's counsel was unable to connect with Defendant's counsel today. See Declaration of William L. Miltner filed concurrently herewith.

1

**PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION**

1 | As such, Plaintiff files this brief opposition contesting the Singapore venue for arbitration due to the lack of ties to Singapore, substantial inconvenience of the parties and witnesses to travel to Singapore, and the fact the choice of law is California.

Dated: December 9, 2019                    MILTNER & MENCK, APC


                           By:    /s/ William L. Miltner
                                  William L. Miltner, Esq.
                                  Attorneys for Plaintiff
                                  MULLEN TECHNOLOGIES, INC.

**PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION**