William L. Miltner, Esq. SBN 139097
Walter E. Menck, SBN 153026
MILTNER & MENCK, APC
ATTORNEYS AT LAW
Emerald Plaza
402 West Broadway, Suite 800
San Diego, California 92101
Telephone (619) 615-5333
Telefax (619) 615-5334

Attorneys for Plaintiff MULLEN TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> QIANTU MOTOR (SUZHOU) LTD., a limited liability company; and DOES 1-50, <br><br> Defendants. | Case No.: 19-CV-1979-W-AHG <br><br> Hon. Thomas J. Whelan <br> Court Room No. 3C <br> Hearing Date: December 23, 2019 at 10:00 a.m. <br><br> **DECLARATION OF WILLIAM L. MILTNER, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

I, William L. Miltner, declares as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California. I am the managing partner of the law firm of Miltner & Menck, APC, attorneys of record for Plaintiffs in the herein above entitled matter.

2. I have personal knowledge of the testimony given below, so that if called and sworn as a witness, I would and could testify competently thereto.

3. After receipt of Defendant's Motion to Compel Arbitration, I consulted with my client and obtained authority to resolve the case via Arbitration, but addressed his concerns with the expense and time of attending an Arbitration in Singapore.

4. I thereafter attempted to "Meet and Confer" regarding the location of the Arbitration. I left multiple messages with Mr. Heusel and his local counsel Mr. Burns to advise that we would stipulate to the Arbitration, but requested that they consider a domestic, rather than an international

1
**DECLARATION OF WILLIAM L. MILTNER, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION**

location for the same. A copy of my email correspondence is attached hereto as Exhibit "A".

5. We remain willing to stay the instant proceedings and Arbitrate the underlying dispute.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2019, at San Diego, California.

William L. Miltner

**EXHIBIT "A"**

## Bill Miltner

| | |
|---|---|
| **From:** | Bill Miltner |
| **Sent:** | Monday, December 09, 2019 3:24 PM |
| **To:** | 'Mark V. Heusel'; 'jburns@sheppardmullin.com' |
| **Cc:** | Autumn Frye |

Mark,

I left several messages with you today both on your office voicemail, cellphone and email. I also spoke with your local counsel Jack Burns who indicated that he would make efforts at getting me a call back from someone at your office. As I advised both of you, my client is amenable to resolve this matter via Arbitration, but would prefer to do so domestically, rather than in Singapore as is called out in the Contract.

We would also be amenable to Stay the Federal Court proceedings during the Arbitration process, and thus avoid not wasting our respective clients time and resources in Law and Motion practice. In that regard, we contacted Judge Whelan's court clerk who indicated that a Joint Motion with a Stipulation would be the preferable way to handle this task.

On a side note, I would also think it might make sense to follow the Dispute Resolution Process called out for in Paragraph 9.1 of the Contract between parties, and arrange for a face to face meeting with our clients with counsel present.

A return call or communication would be greatly appreciated.

Thanks,

Bill

# MILTNER
# & MENCK, APC

William L. Miltner
Managing Partner
402 West Broadway, Suite 800
San Diego, CA 92101
(619) 615-5333
(619) 615-5334 facsimile

WWW.MILTNERLAW.COM

This electronic message contains information from the law firm of Miltner & Menck, APC, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. If you have received this electronic message in error, please immediately notify us by replying to this message and delete the original message.